UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:
**DENYS LAZO**                                            Case No.: 15-18559-RAM
**JACQUELINE LAZO**                                       Chapter: 13

      **Debtors,**
_____/

**DEBTOR, JACQUELINE LAZO'S MOTION TO DISMISS
CHAPTER 13 BANKRUPTCY**

The Debtor, JACQUELINE LAZO, pursuant to Section 1307 of the Code requests the Court enter an Order Dismissing the Debtor, JACQUELINE LAZO from this Chapter 13 bankruptcy case as the Debtor believes it is no longer in her best interest to remain in the Chapter 13 bankruptcy.

**CERTIFICATE OF COMPLIANCE**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with additional qualifications to practice in this Court as set forth in Local Rule 2090-1 (A).

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** the foregoing was served via US Mail and filed electronically via CM/ECF to all parties on the attached Matrix and all others set for in the NEF dated this <u>29TH</u> day of May, 2015.

                                                        CORONA LAW FIRM, P.A.

                                                        <u>/s/ Ricardo Corona, Esq.</u>
                                                        Ricardo Corona
                                                        FBN: 111333
                                                        3899 NW 7 Street, Suite 202-B
                                                        Miami, Fl 33126
                                                        Tel: (305) 266-1150/Fax: (888) 554-5607
                                                        Email: bk@coronapa.com