

ORDERED in the Southern District of Florida on July 22, 2015.

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:
DENYS LAZO                                    Case No.: 15-18559-RAM
JACQUELINE LAZO                               Chapter: 13

    Debtors,
_____/

**ORDER GRANTING JOINT DEBTOR,  JACQUELINE LAZO'S, MOTION TO DISMISS
CHAPTER 13 CASE, D.E. # 12**

**THIS CASE** came before the court on July 14, 2015 on the Joint Debtor, Jacqueline Lazo's, Motion to Dismiss Chapter 13 Case [D.E. # 12] and this Honorable Court having considered the basis for the Motion, no objection by the office of the Chapter 13 Standing Trustee or any other party, and being otherwise duly advised on the premises, it is **ORDERED** as follows:

1. The Joint Debtor, Jacqueline Lazo's, Motion to Dismiss Chapter 13 Case, D.E. # 12 is

**GRANTED**.

2. The Joint Debtor, Jacqueline Lazo is dismissed out of the current bankruptcy matter with 180

day prejudice period.

*** 

Submitted By:
RICARDO CORONA, ESQ.
Florida Bar No. 111333
CORONA LAW FIRM
3899 NW 7 Street, Suite 202-B
Miami, FL 33126
(305) 266-1150 Phone

Movant shall serve a copy of this order on all interested parties and file a certificate of service with the Clerk of the Court.