# UNITED STATES BANKRUPTCY COURT
## SOUTHERNDISTRICT OF FLORIDA
## MIAMI DIVISION

In re:    CASE NO: 15-18559-RAM
CHAPTER 13

DENYS LAZO aka Denis Lazo,

    Debtor

_____/

## AGREED NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** of the substitution of Reka Beane, Esq. of Brock & Scott, PLLC for Joseph Battaglia, Esq. of Brock & Scott, PLLC, as attorney for HSBC Bank USA, N.A., as Trustee for the registered holders of Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2007-3 ("Secured Creditor") in this case. Undersigned counsel certifies that the client has consented to the substitution. The Clerk is requested to remove Joseph Battaglia, Esq. from the CM-ECF mailing matrix.

**I HEREBY CERTIFY** that a true copy hereof has been served electronically or via U.S. mail, first-class postage prepaid, to: Denys Lazo, 940 SW 154 Path, Miami, FL 33194; Ricardo Corona, Esq., 3899 NW 7 St, Second Floor, Miami, FL 33126; Nancy K. Neidich, Trustee, POB 279806, Miramar, FL 33027; Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130, this 25th day of May, 2016.

    BROCK & SCOTT, PLLC

    Attorney for Secured Creditor
    PO Box 25018
    Tampa, FL 33622
    Phone: (813) 251-4766 Ext: 4719
    FloridaBKLegal@brockandscott.com

    /s/ Reka Beane
    Reka Beane, ESQUIRE
    Florida Bar No. 0052919

    /s/ Joseph Battaglia
    JOSEPH BATTAGLIA, ESQUIRE
    Florida Bar No. 58199

B&S File No. 12-F04086